IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01795-BNB

MAULANA MODIBO EUSI, Reg. No. 02218-045,

Plaintiff,

v.

R. MARTINEZ, and
D. ROY,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT

---

Plaintiff, Maulana Modibo Eusi, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Mr. Eusi, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Prisoner Complaint and the Motion and Affidavit were not submitted on current Court-approved forms. Mr. Eusi was instructed to cure the deficiencies, which he did on August 6, 2010.

Although the Court has granted Mr. Eusi leave to proceed *in forma pauperis*, the Court finds that he has failed to complete the Court-approved prisoner complaint form in a manner that makes clear the claims he intends to assert in this Court. Mr. Eusi fails to state any claims in the Court-approved prisoner complaint form or state the relief he seeks or the nature of the case. Instead, he simply has written under the "Cause of Action" section of the form "see attached continuation pages." Mr. Eusi, however, has not attached the continuation pages to the complaint form.

Mr. Eusi will be given an opportunity to file an Amended Complaint. He is instructed to file a completed form, providing all information requested. Mr. Eusi is further instructed to state (1) the nature of the case on Page Three of the form; (2) each of his claims in the space provided under the "Cause of Action" section of the form on Pages Four through Six, including additional pages if necessary; and (3) the relief that he is seeking under the "Request for Relief" section on Page Eight. Accordingly, it is

ORDERED that Mr. Eusi file, **within thirty days from the date of this Order**, an Amended Prisoner Complaint that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Eusi, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that if Mr. Eusi fails within the time allowed to file an Amended Complaint as directed the action will be dismissed without further notice.

DATED August 18, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01795-BNB

Maulana Modibo Eusi
Reg No. 02218-045
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** o the above-named individuals on **8/16/10**

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk