IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01795-BNB

MAULANA MODIBO EUSI, Reg. No. 02218-045,

Plaintiff,

v.

R. MARTINEZ, and
D. ROY,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2010

GREGORY C. LANGHAM
CLERK

---

ORDER

---

At issue is the Letter filed by Plaintiff on August 25, 2010. In the Letter, Plaintiff asks for a clarification of the Court's order entered on August 18, 2010. An amended complaint supersedes the original complaint. *See Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Fogarty*, 705 F.2d 676 ($2^d$ Cir. 1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). The pleadings that Plaintiff submitted in the Amended Complaint entered on August 6, 2010, do not contain all the alleged claims or the necessary information that he is required to provide in a Complaint form. The Court is not responsible for determining the claims and attachments that Plaintiff seeks to include in an Amended Complaint. Therefore, Plaintiff has failed to provide to the Court a complaint that is sufficient to supersede the prior complaint and that the Court may consider as an amended complaint in this action. Accordingly, it is

ORDERED that Plaintiff shall have thirty days from the date of the instant Order to file a Second Amended Complaint. If Plaintiff fails to file a Second Amended Complaint within thirty days the Court will dismiss the Complaint and action without further notice.

DATED August 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01795-BNB

Maulana Modibo Eusi
Reg No. 02218-045
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** o the above-named individuals on **8/26/10**

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk