IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01795-PAB

MAULANA MODIBO EUSI,

    Plaintiff,

v.

R. MARTINEZ and
D. ROY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
               CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED September 23, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01795-PAB-MEH

Maulana Modibo Euzi
Reg. No. 02218-045
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: R. Martinez and D. Roy

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on R. Martinez and D. Roy; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 9/17/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/23/10 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk