IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01795-PAB-MEH

MAULANA MODIBO EUSI,

    Plaintiff,

v.

R. MARTINEZ and
D. ROY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2010.**

    Plaintiff's letter [filed December 1, 2010; docket #30], docketed as a Motion to Clarify, is **granted** as follows. The Clerk of Court is instructed to mail a copy of Defendants' Motion to Dismiss located at docket #27 to Plaintiff with a copy of this minute order. Plaintiff shall respond to the motion to dismiss on or before **December 28, 2010**. Defendants may reply within *fourteen days* of receiving Plaintiff's response.

    The Court directs Plaintiff to file any request for relief from the Court in the form of a motion, not a letter. Any letter or other impermissible filing may hereafter be stricken from the record.