IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01795-PAB-MEH

MAULANA MODIBO EUSI,

    Plaintiff,

v.

R. MARTINEZ and
D. ROY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2010.**

    Plaintiff's Motion to Strike Defendants' Motion to Dismiss and a Motion for Extension of Time [filed December 6, 2010; docket #35] is **granted in part, denied in part and denied as moot in part**. The motion is granted as to Plaintiff's request for an extension of time to respond to the Motion to Dismiss on or before **December 30, 2010**.[1] The motion is denied as moot as to Plaintiff's request for copies of the unpublished opinions cited by Defendants, in light of Defendants' response representing Defendants have now sent the unpublished opinions to Plaintiff via overnight mail. (Docket #36 at 1.) The motion is denied as to Plaintiff's request to strike the pending Motion to Dismiss, as the deficiency has been cured, and the Court perceives no prejudice to Plaintiff.

---

[1] Plaintiff requests December 31, 2010; however, December 31 is a holiday. Thus, the Court sets the deadline at December 30, 2010.