IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01795-PAB-MEH

MAULANA MODIBO EUSI,

      Plaintiff,

v.

R. MARTINEZ and
D. ROY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2011.**

      Defendants' Motion to Extend Deadlines [filed April 28, 2011; docket #54] is **granted in part** and **denied in part**.  The dispositive motion deadline is extended up to and including **June 15, 2011**.

      The Final Pretrial Conference set for June 15, 2011, is **vacated** and **rescheduled** to **August 15, 2011**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Plaintiff shall participate in this conference by telephone. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.  In addition to filing a PDF copy with the Clerk of the Court, counsel for Defendants should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to hegarty_chambers@cod.uscourts.gov **one week prior to the conference**.