IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01795-PAB-MEH

MAULANA MODIBO EUSI,

  Plaintiff,

v.

R. MARTINEZ and
D. ROY,

  Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2011.**

  Defendants' second Motion to Extend Deadlines [filed June 15, 2011; docket #60] is **granted in part and denied in part** as follows. This Court issued a Recommendation on June 7, 2011, recommending the disposal of Plaintiff's Amended Complaint in its entirety. (Docket #59.) Accordingly, the Final Pretrial Conference set for August 15, 2011, is **vacated**. The parties are directed to file a status report within *five business days* of the District Court's order on the pending motion to dismiss indicating what, if any, scheduling changes are needed.